IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**ROBERT WILLIAMS**                                                                                           **PLAINTIFF**

**V.**                                                                      **NO. 4:22-CV-79-DMB-DAS**

**ALLSTATE INDEMNITY COMPANY**                                          **DEFENDANT**

## ORDER

This Court's November 28, 2022, Opinion and Order (1) granted in part Allstate Indemnity Company's motion to dismiss by dismissing Robert Williams' negligent infliction of emotional distress claim;[1] (2) allowed Williams fourteen days to "seek leave to amend his complaint;" and (3) cautioned Williams that if he "fail[ed] to seek leave to amend or if it [was] ultimately determined amendment would be futile, the negligent infliction of emotional distress claim w[ould] be dismissed with prejudice." Doc. #16 at 8 & n.6. Because Williams did not seek leave to amend his complaint within the time allowed, consistent with the Court's November 28 ruling, Williams' negligent infliction of emotional distress claim is **DISMISSED with prejudice**.

**SO ORDERED**, this 13th day of December, 2022.

                                                                    /s/Debra M. Brown
                                                                    **UNITED STATES DISTRICT JUDGE**

---

[1] Allstate moved to dismiss only the bad faith and negligent infliction of emotional distress claims but not the breach of contract claim.