IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**ROBERT WILLIAMS**                                                                         **PLAINTIFF**

**V.**                                                   **NO. 4:22-CV-79-DMB-DAS**

**ALLSTATE INDEMNITY COMPANY**                                 **DEFENDANT**

## **JUDGMENT**

In accordance with the order entered this day, summary judgment is entered in favor of Allstate Indemnity Company.

**SO ORDERED**, this 2nd day of February, 2024.

                                                     **/s/Debra M. Brown**
                                                     **UNITED STATES DISTRICT JUDGE**